STATE OF NEW JERSEY v. ROBERT HENNIX.

October 25, 1983.

Petition for certification denied.

MORITZ NAPPE v. ANSCHELEWITZ, BARR, ANSELL
& BONELLO.

October 25, 1983.

Petition for certification granted.

MORITZ NAPPE v. ANSCHELEWITZ, BARR, ANSELL
& BONELLO.

October 25, 1983.

Cross-petition for certification granted.

FRANK POSSERT v. CBS, INC.

October 25, 1983.

ORDERED that the motion for leave to appeal is granted.